## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD ALAN MAURICE,** | : |
| | : |
| **Plaintiff,** | : Civil No. 20-05804 |
| | : |
| v. | : |
| | : |
| **TRANS UNION, LLC, EXPERIAN** | : |
| **INFORMATION SOLUTIONS, INC.,** | : |
| **EQUIFAX INFORMATION SERVICES, LLC,** | : |
| **NAVIENT CORPORATION, & UNITED** | : |
| **STATES DEPARTMENT OF EDUCATION,** | : |
| | : |
| **Defendants.** | : |

## ORDER

AND NOW, this _____ day of _____, 2021, on consideration of Defendants' Motion for Enlargement of Time, it is ORDERED that the Motion is GRANTED.

Defendants shall file their response to the Amended Complaint on or before July 26, 2021.

BY THE COURT:

_____
R. BARCLAY SURRICK
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD ALAN MAURICE,** | : |
| | : |
| Plaintiff, | : Civil No. 20-05804 |
| | : |
| v. | : |
| | : |
| **TRANS UNION, LLC, EXPERIAN** | : |
| **INFORMATION SOLUTIONS, INC.,** | : |
| **EQUIFAX INFORMATION SERVICES, LLC,** | : |
| **NAVIENT CORPORATION, & UNITED** | : |
| **STATES DEPARTMENT OF EDUCATION,** | : |
| | : |
| Defendants. | : |

## **MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND**

The Department of Education ("ED"), through its attorney, Colin M. Cherico, Assistant United States Attorney, hereby moves this Court for a ten (10) day enlargement of time in which to respond to Plaintiff's Complaint, and in support thereof state:

1. Plaintiff originally filed a complaint in November 2020 against Navient, TransUnion and other credit reporting agencies, but did not include ED as defendant.

2. Plaintiff filed an Amended Complaint that added ED as defendant on March 31, 2021. On or about April 16, plaintiff served ED through the United States Attorney's Office for the Eastern District of Pennsylvania

3. Defendant's current deadline to answer or otherwise respond to plaintiff's complaint is July16, 2021.

4. Under the Federal Rules of Civil Procedure 6(b), the Court for cause shown may enlarge the period of time for a response to a pleading. Defendant can demonstrate

cause for an enlargement of time to respond to the Amended Complaint because the parties have been discussing a possible resolution.

5. At this point, the parties have not yet reached a resolution. Therefore, defendant United States Department of Education requests an additional ten days to file a Motion for Summary Judgment in response to the Amended Complaint.

WHEREFORE, defendant Department of Education respectfully requests that this Court grant an additional 10-day enlargement of time in which to file a response to plaintiff's Amended Complaint.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

/s/ Colin M. Cherico
COLIN M. CHERICO
Assistant U.S. Attorney
615 Chestnut Street
Philadelphia, PA 19106
Phone (215) 861-8788
Fax (215) 861-8618
Colin.Cherico@usdoj.gov

Dated: July 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Motion, which has been electronically filed and is available for viewing and downloading from the ECF system, to be served by First Class Mail or ECF notifications upon the following:

Gregory J. Gorski
GORSKI LAW, PLLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103

Christopher A. Reese
STRADLEY RONON STEVENS & YOUNG, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002

Date:  July 16, 2021

/s/ Colin M. Cherico
COLIN M. CHERICO
Assistant United States Attorney