# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD ALAN MAURICE : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-5804 |
| TRANS UNION, LLC et al. : | |

## ORDER

**AND NOW**, this 30th day of November, 2023, upon consideration of Defendant United States Department of Education's Motion for Summary Judgment (Mot., ECF No. 38), and Plaintiff's response thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**